UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-80031-RYSKAMP/HOPKINS

FRED HORENBURGER, an individual

Plaintiff,

v.

FIRST CREDIT SERVICES, INC. d/b/a ACCOUNTS
RECEIVABLE TECHNOLOGIES, INC.,

Defendant.
_____/

## JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties to this proceeding that the action has been amicably settled, compromised, adjusted and discharged and that the claims against FIRST CREDIT SERVICES, INC. d/b/a ACCOUNTS RECEIVABLE TECHNOLOGIES, INC., filed by FRED HORENBURGER be dismissed with prejudice and the parties will bear their respective costs and attorney's fees as outlined in the executed settlement agreement.

Respectfully submitted,

| WITES & KAPETAN, P.A. | GOLDEN SCAZ GAGAIN, PLLC |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| 4400 North Federal Highway | 201 North Armenia Avenue |
| Lighthouse Point, FL 33064 | Tampa, Florida 33069 |
| (954) 570-8989 | (813) 251-5500 |
| (954) 428-3929 (fax) | (813) 251-3675 |
| By: */s/ Chad J. Robinson* | |
| MARC A. WITES | By: */s/ Charles J. McHale* |
| Fla. Bar No. 24783 | CHARLES J. MCHALE |
| mwites@wklawyers.com | Fla. Bar No. 0026555 |
| CHAD J. ROBINSON | cmchale@gsgfirm.com |
| Fla. Bar. No. 56922 | |
| crobinson@wklawyers.com | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed through CM/ECF and thereby served this 31st day of August, 2015 on: Charles J. McHale, Esq., Liebler, Gonzalez & Portuondo, 201 North Armenia Avenue, Tampa, Florida 33609.

/s/ *Chad J. Robinson*
CHAD J. ROBINSON