UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 15-CV-80031-RYSKAMP/HOPKINS

FRED HORENBURGER,

    Plaintiff,

v.

FIRST CREDIT SERVICES, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court pursuant to the parties' joint stipulation for dismissal with prejudice [DE 15] filed on August 31, 2015. It is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees. The Clerk of Court shall **CLOSE** this case, **DENY** any pending motions as **MOOT**, and **REMOVE** it from the April 4, 2016 trial calendar.

**DONE AND ORDERED** at Chambers in West Palm Beach, Florida, this 15th day of September 2015.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE